UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CERIM AVDIC,                                              20-CV-2742 (SJB)

                Plaintiff,                    STIPULATION OF DISMISSAL
                                                          WITH PREJUDICE
   -against-

ANDREW JACKSON REALTY CO., L.P.,
SIBLING MANAGEMENT INC., SHELDON
HOFFMAN, and GARY HOFFMAN,

                Defendants.
-----------------------------------------------------------X

     **IT IS STIPULATED AND AGREED** by and between the Parties in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without costs or fees to either party;

     **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Massapequa, New York                                Dated: Fort Lee, New Jersey
      ~~September 3~~ December, 2021                          September 17, 2021

_____                          _____
Keith E. Williams, Esq.                                    Ira A. Sturm, Esq.
Neil H. Greenberg & Associates, P.C.                       Raab, Sturm & Ganchrow, LLP
*Attorneys for the Plaintiff*                              *Attorneys for the Defendants*
4242 Merrick Road                                          2125 Center Avenue, Suite 100
Massapequa, New York 11758                                 Fort Lee, New Jersey 07024
Tel: 516.228.5100                                          Tel: 201.292.0150
keith@nhglaw.com                                           isturm@rsgllp.com


SO, ORDERED:

_____
Hon. Sanket J. Bulsara, U.S.M.J.