UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CERIM AVDIC,                                                                        20-CV-2742 (SJB)

                           Plaintiff,                              STIPULATION OF DISMISSAL
                                                                                              WITH PREJUDICE

    -against-

ANDREW JACKSON REALTY CO., L.P.,
SIBLING MANAGEMENT INC., SHELDON
HOFFMAN, and GARY HOFFMAN,

                           Defendants.
-----------------------------------------------------------X

       **IT IS STIPULATED AND AGREED** by and between the Parties in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without costs or fees to either party;

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Massapequa, New York
~~September 3~~, 2021
December

_____
Keith E. Williams, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

Dated: Fort Lee, New Jersey
September 17, 2021

*Ira A. Sturm*
_____
Ira A. Sturm, Esq.
Raab, Sturm & Ganchrow, LLP
*Attorneys for the Defendants*
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
Tel: 201.292.0150
isturm@rsgllp.com

SO, ORDERED:

/s/ Sanket J. Bulsara   December 5, 2021
_____
Hon. Sanket J. Bulsara, U.S.M.J.
Brooklyn, New York